## STEPHEN N. SORAK *v.* MUSLIM M. MUSTAFA
## (11395)

O'CONNELL, FOTI and LANDAU, Js.
Argued May 11—decision released June 8, 1993

*Ruth A. Tower,* with whom, on the brief, were *Michael L. McDonnell* and *Thomas Cella,* for the appellant (defendant).

*Michael T. Dolan,* with whom, on the brief, was *James E. O'Donnell,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

## URSULA CIOLINO *v.* JAMES CIOLINO
## (11503)

FOTI, LANDAU and SCHALLER, Js.
Argued May 7—decision released June 8, 1993

*Alan Solomon,* with whom, on the brief, was *Joseph Chiarelli,* for the appellant (defendant).

*Richard A. Johnson,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.